# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| JOPLIN SCHOOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 3:15-cv-05026-DGK |
| ) | |
| P1 GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER AMENDING SCHEDULING ORDER

Now before the Court is the parties Joint Motion to Amend the Amended Scheduling and Trial Order (Doc. 100) in which the parties ask the Court to amend the First Amended Scheduling Order to omit the requirement that all witnesses who will give expert testimony—even non-retained, non-employed experts—must submit an expert report.

The parties indicate they anticipate calling several witnesses who may give expert opinions but who are not employed by or specially retained by the parties. The parties explain that because these witnesses are not retained or employed by them, as a practical matter it may not be possible for the parties to obtain expert reports or affidavits from these witnesses. The parties propose that for these witnesses each party merely provide a disclosure stating the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705, along with a summary of the facts and opinions to which the witnesses is expected to testify.

Having considered the Joint Motion to Amend the Amended Scheduling and Trial Order (Doc. 100), it is hereby

ORDERED that the motion is granted. The Court amends paragraph four of the Amended Scheduling and Trial Order (Doc. 49) to omit the requirement that expert witnesses who are not retained or employed by the parties must submit an expert report. For these witnesses, each party may instead provide a disclosure stating the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705, along with a summary of the facts and opinions to which the witnesses is expected to testify.

IT IS SO ORDERED.

    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: May 26, 2016