# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| JOPLIN SCHOOLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 3:15-cv-05026-DGK |
| ) | |
| P1 GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL ORDER AMENDING SCHEDULING ORDER

Now before the Court is the parties' Joint Motion to Amend the Amended Scheduling and Trial Order (Doc. 100) and the Court's Order (Doc. 105) granting the joint motion.

The Court's previous Order (Doc. 105) is amended so that witnesses employed by the parties who may give expert opinions need not submit an expert report as required by paragraph four of the Amended Scheduling and Trial Order (Doc. 49). Instead, these witnesses shall provide a disclosure stating the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705, along with a summary of the facts and opinions to which the witness is expected to testify.

**IT IS SO ORDERED.**

Date: May 27, 2016   /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT